McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
KIRK E. SHERRIFF
Asst. United States Attorneys
2500 Tulare St., Suite 4401
Telephone: (559) 497-4022
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>         v.                          )<br>                                     )<br>                                     )<br>MICHAEL RAY GORDEN,                  )<br>                                     )<br>              Defendant.             )<br>_____) | Case No. 1:08-cr-00249 AWI<br><br>ORDER CONTINUING SENTENCING<br>HEARING<br><br>Old Date:   Nov. 21, 2008<br>Old Time:   9:00 a.m.<br><br>**New Date:   Jan. 26, 2009**<br>**New Time:   9:00 a.m.**<br>**Court:      Two**<br>  **(Hon. Anthony W. Ishii)** |

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  It is ordered that the sentencing hearing is continued from November 21, 2008 to January 26, 2009, at 9:00 a.m.  It is further ordered that any informal objections shall be submitted to the Probation Office and to the U.S. Attorney's Office on or before January 5, 2009, and any formal objections shall be filed with the Court on or before January 16, 2009.

[PROPOSED] ORDER CONTINUING SENTENCING HEARING

1  It is further ordered that any delay resulting from this
2  continuance shall be excluded in the interests of justice under
3  18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   November 19, 2008**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE