**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR **MICHAEL GORDEN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-CR-00249 AWI |
| *Plaintiff*, | STIPULATION TO MODIFY REPORT DATE; |
| v. | ORDER THEREON |
| MICHAEL GORDEN, | |
| *Defendant*. | |

**IT IS HEREBY STIPULATED**, in the above captioned matter by and between the parties hereto, and through their respective attorneys of record herein, that the previously ordered self surrender date of **March 14, 2009** by 2 PM be changed to **March 16, 2009** by 2PM.

On **January 26, 2009** this court sentenced the defendant to a term of imprisonment and ordered a self surrender date of Saturday, **March 14, 2009** by 2:00 PM. A surrender date requested by the defense and agreed to by all parties prior to the hearing had actually been Monday, **March 16, 2009.** Defense counsel did not correct the record at the time of the hearing. It would be best for smooth processing at the institution for the surrender date to be Monday, **March 16, 2009.**

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted. |
| DATED: *January 28, 2009* | /s/ GALATEA DeLAPP |
|   | ***GALATEA DeLAPP***<br>Attorney for ***MICHAEL GORDEN*** |
| DATED: *January 28, 2009* | ***LAWRENCE G. BROWN***<br>Acting United States Attorney |
|   | By   /s/ Kirk Sherriff |
|   | **KIRK SHERRIFF**<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

**Dated:   January 29, 2009**          /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE

2